**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Ezell Ronnie Crowther,

Plaintiff,

v.

Exotic Motorcars of Michigan,

Defendant.

_________________________________/

Case No. 26-cv-12543

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff Ezell Ronnie Crowther brings this case against Defendant Exotic Motorcars of Michigan. The complaint was filed on July 24, 2026. (ECF No. 1.) On that date, the Clerk's Office issued a Notice of Filing Fee Not Paid. (ECF No. 3.) The notice stated that the case "requires either a filing fee or an application to proceed *in forma pauperis*." (*Id.* at PageID.8.) The notice provided payment instructions. (*Id.*) It then warned that "[i]f the filing fee is not received by the Clerk's Office or if an application to proceed *in forma pauperis* is not filed within fourteen calendar days of th[e] notice, this case may be dismissed." (*Id.*) The

deadline for correcting the deficiency identified in the notice was August 7, 2026. Plaintiff did not correct the deficiency by that date.

On August 24, 2026, the Court issued an order requiring Plaintiff "to show cause in writing why the Court should not dismiss the case due to his failure to pay the filing fee or to submit an application to proceed *in forma pauperis*." (ECF No. 7, PageID.15.) The Court's order specified that "Plaintiff's response to th[e] show cause order is due by **September 8, 2026**." (*Id.* (emphasis in original).) The order informed Plaintiff that "**[f]ailure to file a response by September 8, 2026 will result in sanctions, including the dismissal of the case.**" (*Id.* (emphasis in original).)

The deadline imposed in the Court's show cause order has passed. As of the date of this dismissal order, Plaintiff has not corrected the filing fee deficiency. Nor has he requested an extension of time to do so. In addition, Plaintiff has not responded to the Court's show cause order. Plaintiff was warned about the possibility of dismissal if he failed to pay the filing fee or submit an *in forma pauperis* application and if he failed to file a response to the show cause order. (ECF No. 3, PageID.8; ECF

No. 7, PageID.15.) Accordingly, the case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: October 16, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 16, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager